BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| MIRANDA P. HOFFMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>Defendant. )<br>_____ ) | CIVIL NO. 2:11-cv-02338-EFB<br><br>**STIPULATION FOR EXTENSION OF TIME AND ORDER** |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including March 30, 2012. The response is currently due on February 29, 2012. This extension is being sought because the Commissioner needs further time to evaluate the issues raised. This is the Commissioner's first extension request.

////

////

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: February 28, 2012          */s/ Young Chul Cho*

                                  _____
                                  YOUNG CHUL CHO
                                  (as authorized via email on February 28, 2012)
                                  Attorney at Law
                                  Attorney for Plaintiff

Dated: February 28, 2012          BENJAMIN B. WAGNER
                                  United States Attorney
                                  DONNA L. CALVERT
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                          By:
                                  */s/ Patrick William Snyder*

                                  _____
                                  PATRICK WILLIAM SNYDER
                                  Special Assistant U.S. Attorney
                                  Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 29, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE