1  BENJAMIN B. WAGNER
United States Attorney
2  DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
3  Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
   San Francisco, California 94105
6     Telephone:  (415) 977-8927
   Facsimile:  (415) 744-0134
7     E-Mail: Patrick.Snyder@ssa.gov

8  Attorneys for Defendant

9  UNITED STATES DISTRICT COURT

10  EASTERN DISTRICT OF CALIFORNIA

11  SACRAMENTO

12

13  MIRANDA P. HOFFMAN,  )
   )  CIVIL NO. 2:11-cv-02338-EFB
14     Plaintiff,  )
   )
15     v.  )  **STIPULATION FOR EXTENSION OF**
   )  **TIME AND ORDER**
16  MICHAEL J. ASTRUE,  )
Commissioner of  )
17  Social Security,  )
   )
18     Defendant.  )
   )

19

20      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21  attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's

22  Motion for Summary Judgment up to and including March 30, 2012.  The response is currently due on

23  February 29, 2012.  This extension is being sought because the Commissioner needs further time to

24  evaluate the issues raised.  This is the Commissioner's first extension request.

25  ////

26  ////

27

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: February 28, 2012   */s/ Young Chul Cho*
_____
YOUNG CHUL CHO
(as authorized via email on February 28, 2012)
Attorney at Law
Attorney for Plaintiff

Dated: February 28, 2012   BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:
*/s/ Patrick William Snyder*
_____
PATRICK WILLIAM SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 29, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE