1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   PATRICK WILLIAM SNYDER, CSBN 260690
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8927
        Facsimile:  (415) 744-0134
7       E-Mail: Patrick.Snyder@ssa.gov

8  Attorneys for Defendant

9                          UNITED STATES DISTRICT COURT

10                         EASTERN DISTRICT OF CALIFORNIA

11                                    SACRAMENTO

12

13 | MIRANDA P. HOFFMAN,           )
                                  )    CIVIL NO. 2:11-cv-02338-EFB
14 |      Plaintiff,                )
                                  )
15 |      v.                       )    **STIPULATION FOR EXTENSION OF**
                                  )    **TIME AND ORDER**
16 | MICHAEL J. ASTRUE,            )
     Commissioner of              )
17 | Social Security,              )
                                  )
18 |      Defendant.               )
   |_____)

19       The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20  attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's

21  Motion for Summary Judgment up to and including April 30, 2012.  This extension is being sought

22  because the San Francisco component of the Office of the General Counsel is moving locations to 160

23  Spear Street, Suite 800, San Francisco, CA 94105 and the move will result in the undersigned being

24  unable to access his computer and office systems.  The stipulation is also sought because the

25  undersigned is discussing the matter with his client and needs further time to evaluate the issues raised.

26  This is the Commissioner's second extension request.

1  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 19, 2012            */s/ Young Chul Cho*
                                 _____
                                 YOUNG CHUL CHO
                                 (as authorized via email on March 19, 2012)
                                 Attorney at Law
                                 Attorney for Plaintiff

Dated: March 19, 2012            BENJAMIN B. WAGNER
                                 United States Attorney
                                 DONNA L. CALVERT
                                 Acting Regional Chief Counsel, Region IX
                                 Social Security Administration

                          By:
                                 */s/ Patrick William Snyder*
                                 _____
                                 PATRICK WILLIAM SNYDER
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: March 21, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE