1 BENJAMIN B. WAGNER
United States Attorney
2 DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
3 Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
4 Special Assistant United States Attorney

5     333 Market Street, Suite 1500
    San Francisco, California 94105
6     Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
7     E-Mail: Patrick.Snyder@ssa.gov

8 Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| MIRANDA P. HOFFMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>Defendant. )<br>_____) | CIVIL NO. 2:11-cv-02338-EFB<br><br>**STIPULATION FOR EXTENSION OF TIME AND ORDER** |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including April 30, 2012. This extension is being sought because the San Francisco component of the Office of the General Counsel is moving locations to 160 Spear Street, Suite 800, San Francisco, CA 94105 and the move will result in the undersigned being unable to access his computer and office systems. The stipulation is also sought because the undersigned is discussing the matter with his client and needs further time to evaluate the issues raised. This is the Commissioner's second extension request.

1     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                          Respectfully submitted,

Dated: March 19, 2012                    */s/ Young Chul Cho*
                                          _____
                                          YOUNG CHUL CHO
                                          (as authorized via email on March 19, 2012)
                                          Attorney at Law
                                          Attorney for Plaintiff

Dated: March 19, 2012                  BENJAMIN B. WAGNER
                                          United States Attorney
                                          DONNA L. CALVERT
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

                            By:
                                          */s/ Patrick William Snyder*
                                          _____
                                          PATRICK WILLIAM SNYDER
                                          Special Assistant U.S. Attorney
                                          Attorneys for Defendant

## **ORDER**

    APPROVED AND SO ORDERED.

DATED: March 21, 2012.

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE