Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Miranda P. Hoffman

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRANDA P. HOFFMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:11-CV-02338 EFB<br><br>STIPULATION AND PROPOSED ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Miranda P. Hoffman be awarded attorney fees and expenses in the amount of five thousand dollars ($5,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of three hundred fifty dollars ($350.00) under 28 U.S.C. §

-1-

1  1920.  This amount represents compensation for all legal services rendered on
2  behalf of Plaintiff by counsel in connection with this civil action, in accordance
3  with 28 U.S.C. §§ 1920; 2412(d).
4       After the Court issues an order for EAJA fees to Miranda P. Hoffman, the
5  government will consider the matter of Miranda P. Hoffman's assignment of EAJA
6  fees to Young Cho.  The retainer agreement containing the assignment is attached
7  as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability
8  to honor the assignment will depend on whether the fees are subject to any offset
9  allowed under the United States Department of the Treasury's Offset Program.
10 After the order for EAJA fees is entered, the government will determine whether
11 they are subject to any offset.
12      Fees shall be made payable to Miranda P. Hoffman, but if the Department
13 of the Treasury determines that Miranda P. Hoffman does not owe a federal debt,
14 then the government shall cause the payment of fees, expenses and costs to be
15 made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment
16 executed by Miranda P. Hoffman.  *United States v. $186,416.00*, 722 F.3d 1173,
17 1176 (9th Cir. 2013) (*$186,416.00 II*)  (ordering fees paid to counsel because of an
18 assignment that did not interfere with a raised superior lien).[1]  Any payments made
19 shall be delivered to Young Cho.

---

[1] The Commissioner does not stipulate to the citation of *$186,416.00 II*, and will not participate in representing to this Court that it carries legal import in these proceedings.  *$186,416 II* involved a different statute and very different factual circumstances than those presented here, or in other Social Security cases.  Because the parties have agreed to the payment of EAJA fees, and the amount, and to avoid motion practice solely related to Plaintiff's citation, the Commissioner agrees to this stipulation. The Commissioner reserves the right to challenge the applicability of *$186,416 II* to any Social Security case, and this Stipulation should not be construed as a waiver of such reservation.

1   This stipulation constitutes a compromise settlement of Miranda P.
2   Hoffman's request for EAJA attorney fees, and does not constitute an admission of
3   liability on the part of Defendant under the EAJA or otherwise.  Payment of the
4   agreed amount shall constitute a complete release from, and bar to, any and all
5   claims that Miranda P. Hoffman and/or Young Cho including Law Offices of
6   Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with
7   this action.
8   This award is without prejudice to the rights of Young Cho and/or the Law
9   Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under
10  42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

11  DATE:  August 13, 2014          Respectfully submitted,

12                                  LAW OFFICES OF LAWRENCE D. ROHLFING

13                                          /s/ *Young Cho*
                                    BY:_____
14                                      Young Cho
                                        Attorney for plaintiff Miranda P. Hoffman
15

16  /////
17  /////
18  /////
19  /////
20  /////
21  /////
22  /////
23  /////

---

Miranda Hoffman contends that *U.S. v. $186,416.00 in U.S. Currency*, 642 F.3d 753, 757 (9th Cir. 2011) (*$186,416.00 I*) held that there is no functional difference between the CAFRA and EAJA in terms of "ownership" of the fee.

-3-

DATE:  August 13, 2014            BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ *Patrick W. Snyder*
                                  _____
                                  Patrick W. Snyder
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant Carolyn W. Colvin,
                                  Acting Commissioner of Social Security
                                  (Per e-mail authorization)


**ORDER**

   Approved and so ordered.

DATE:  August 13, 2014.           [signature]
                                  _____
                                  The Honorable Edmund F. Brennan
                                  United States Magistrate Judge

# PROOF OF SERVICE

***STATE OF CALIFORNIA, COUNTY OF LOS ANGELES***

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, California  90670.

On this day of August 13, 2014, I served the foregoing document described as STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Ms. Miranda P. Hoffman
5362 Terrace Oaks Circle
Fair Oaks, CA 95628

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

Young Cho  
TYPE OR PRINT NAME                                     SIGNATURE